

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : NO. 1:15-CR-206 |
| | : |
| JOHNNIE CALVIN WILCOX, JR., a/k/a "J-5" | |

### ORDER

Having read and considered the Government's Motion to Unseal Indictment, and for good cause shown,

It is hereby ORDERED that the Indictment in this action is hereby UNSEALED.

So ORDERED this 11th day of June, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

_____
Presented by
Dashene Cooper, AUSA